## James F. Kohout, Appellee, v. Charles Bloom, Appellant.

**Gen. No. 44,728.**

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. Max Segal, for appellant; Toft, Fitzsimons & Livingston, for appellee; Virgil Livingston, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.